IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OFFIE L. HOBBS, Ph.D.,

    Plaintiff,

v.                                            CV 12-0967 JCH/WPL

LAS CRUCES PUBLIC SCHOOLS,

    Defendant.

## ORDER GRANTING MOTION TO STAY DISCOVERY

On October 22, 2012, Defendant Las Cruces Public Schools filed a motion to stay discovery pending the outcome of its motion to dismiss. (Doc. 11.) Plaintiff Offie Hobbs' response was due on November 7, 2012, but he did not file a response in opposition. *See* FED. R. CIV. P. 6(d); D.N.M.LR-Civ. 7.4(a). The failure to respond in opposition constitutes consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Accordingly, I grant Defendant's motion and stay discovery pending the outcome of the motion to dismiss.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.