IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OFFIE L. HOBBS, Ph.D.,

      Plaintiff,

v.                                                             CV 12-0967 JCH/WPL

LAS CRUCES PUBLIC SCHOOLS,

      Defendant.

**ORDER FOR STATE COURT DOCUMENTS**

Plaintiff Office L. Hobbs commenced this action in state court on July 2, 2012, against five named Defendants. (Doc. 1 Ex. B.) On August 24, 2012, Hobbs filed an amended complaint in state court, which only listed one Defendant, Las Cruces Public Schools ("school district"). (Doc. 1 Ex. A.) On September 14, 2012, the school district removed this action to federal court on behalf of all named and unnamed Defendants (Doc. 1); however, the case caption included only one Defendant, and at present there is only one named Defendant in this federal action. The school district attached the amended complaint and a copy of the state court docket sheet to the notice of removal. (Doc. 1 Exs. A & B.)

Pursuant to the local rules the school district is required to attach all state court documents within twenty-eight days of the notice of removal. D.N.M.LR-Civ. 81.1(a). The school district failed to do so, and has only attached select documents. The school district is ordered to file all state court documents no later than **November 30, 2012**.

Further, based on the conflict between the amended complaint and the state court docket sheet, it is unclear if this case has one or five named Defendants. The School District must file a

notice with the Court no later than **November 30, 2012**, indicating whether the other four Defendants were dismissed by Hobbs, or whether they should be included in this action.

    IT IS SO ORDERED.

                                                                                   _____
                                                                                   William P. Lynch
                                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.